IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. *20 -148* |
| v. | ) | (18 U.S.C. § 922(g)(8)) |
| | ) | |
| JOSEPH PLASAN | ) | **[UNDER SEAL]** |
| | ) | |

## INDICTMENT

## COUNT ONE

**FILED**

**JUL - 8 2020**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about May 5, 2020, in the Western District of Pennsylvania, the defendant,

JOSEPH PLASAN, knowing that he was subject to a court order which met the requirements set

forth in Title 18, United States Code, Section 922(g)(8)(A), (B), and (C), that is, the order:

1. was issued by a court after a hearing of which the defendant received actual

   notice and at which the defendant had an opportunity to be heard;

2. restrained the defendant from harassing, stalking, and threatening an intimate

   partner of the defendant, and from engaging in other conduct that would place

   an intimate partner in reasonable fear of bodily injury to the partner; and

3. explicitly prohibited the use, attempted use, and threatened use of physical force

   against such intimate partner that would reasonably be expected to cause bodily

   injury,

did knowingly possess, in and affecting commerce, a black Springfield Armory 1911-A1 .45

caliber pistol, bearing serial number NM166186, and ammunition.

In violation of Title 18, United States Code, Section 922(g)(8).

## FORFEITURE ALLEGATION

1.　　The grand jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.　　As part of the commission of the violation of Title 18, United States Code, Section 922(g)(8) charged in Count One of the Indictment, the firearm referenced in that count, namely, a black Springfield Armory 1911-A1 .45 caliber pistol, bearing serial number NM166186, and ammunition, which were involved and used in the knowing commission of that offense and which were seized on or about May 5, 2020, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

2